# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :    No. 398 EAL 2020

       Respondent    :
       :
       :    Petition for Allowance of Appeal
       :    from the Order of the Superior Court

       v.    :
       :
       :

ABDU RIVERA,    :
       :
       Petitioner    :

COMMONWEALTH OF PENNSYLVANIA,    :    No. 399 EAL 2020

       Respondent    :
       :
       :    Petition for Allowance of Appeal
       :    from the Order of the Superior Court

       v.    :
       :
       :

ABDU RIVERA,    :
       :
       Petitioner    :

COMMONWEALTH OF PENNSYLVANIA,    :    No. 400 EAL 2020

       Respondent    :
       :
       :    Petition for Allowance of Appeal
       :    from the Order of the Superior Court

       v.    :
       :
       :

ABDU RIVERA,    :
       :
       Petitioner    :

COMMONWEALTH OF PENNSYLVANIA,    :    No. 401 EAL 2020

       Respondent    :
       :
       :    Petition for Allowance of Appeal
       :    from the Order of the Superior Court

       v.    :

ABDU RIVERA,

           Petitioner

COMMONWEALTH OF PENNSYLVANIA,    :  No. 402 EAL 2020

           Respondent

                 Petition for Allowance of Appeal
                 from the Order of the Superior Court
           v.

ABDU RIVERA,

           Petitioner

## ORDER

**PER CURIAM**

    **AND NOW**, this 28th day of April, 2021, the Petition for Allowance of Appeal and the Motion for Appointment of New Counsel to File Direct Appeal from Superior Court Decision are **DENIED**.

[398 EAL 2020, 399 EAL 2020, 400 EAL 2020, 401 EAL 2020 and 402 EAL 2020] - 2